IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01178-AP

RUSSELL TOPE,

                            Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration,

                            Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
Robert C. Dawes
ROBERT DAWES LLC
PO Box 2547
Durango, CO 81302
Phone:  (970) 375-1114
Fax: (970) 375-1118
rob@robdawes.com

For Defendant:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

David I. Blower
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-1571
303-844-0770 (facsimile)
 David.blower@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A. Date Complaint Was Filed:** 5/3/13

    **B. Date Complaint Was Served on U.S. Attorney's Office:** 5/21/13

    **C. Date Answer and Administrative Record Were Filed:** 7/22/13

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state that there are no other matters.

**8. BRIEFING SCHEDULE**

    **A. Plaintiff's Opening Brief Due:** 9/23/13

    **B. Defendant's Response Brief Due:** 10/23/13

    **C. Plaintiff's Reply Brief (If Any) Due:** 11/7/13

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A.      Plaintiff's Statement:** Plaintiff requests oral argument. Plaintiff is a very young individual with an unusual medical condition. Plaintiff's attorney requests that he be permitted to participate in such oral argument by telephone.

**B.      Defendant's Statement**: Defendant does not request oral argument.


**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

**A.      ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B.      ( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**


**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.


DATED this 12th day of August, 2013.

                                                     BY THE COURT:


                                                     *s/John L. Kane*_____
                                                     U.S. DISTRICT COURT JUDGE

APPROVED:

John F. Walsh
United States Attorney

s/ *Robert C. Dawes*
PO Box 2547
Durango, CO 81302
970-375-1114
970-375-1118 (facsimile)
rob@robdawes.com
Attorney for Plaintiff

By: s/ *David I. Blower*
Special Assistant U.S. Attorney
1001 17th Street
Denver, CO 80202
303-844-1571
303-844-0770 (facsimile)
David.blower@ssa.gov
Attorneys for Defendant