**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01178-AP

**RUSSELL TOPE,**

                                      **Plaintiff,**

vs.

**CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration,**
                                      **Defendant.**

___

**ORDER**
___

      This matter is before the court on Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #24), filed December 26, 2013.  The motion is **GRANTED**.  It is

      **ORDERED** that Plaintiff is awarded EAJA attorney fees in the amount of $ 3,474.38, to be made payable to Plaintiff, Russell Tope, and mailed to counsel of record.

      DATED this 27th day of December, 2013.

                                              BY THE COURT:

                                              *s/John L. Kane*
                                              U.S. District Court Judge